

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Richard Lee Dix, Appellant

No. 06-22-00040-CV        v.

Brittany Foster, Appellee

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2022-118). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the order of the court below. We affirm the order of the trial court.

We note that the appellant, Richard Lee Dix, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 13, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk